## IN THE UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

_____
)
STATE OF COLORADO,               )
)
     *Petitioner*,          )
)
     v.                )      Case No. 23-9566
)
UNITED STATES ENVIRONMENTAL )
PROTECTION AGENCY, *et al.*,  )
)
     *Respondents*,     )
_____)
)
CENTER FOR BIOLOGICAL     )
DIVERSITY, *et al.*,        )
)
     *Intervenor-*     )
     *Respondents*     )
_____)

## STATUS REPORT

Respondents Environmental Protection Agency and Administrator Lee Zeldin[1] (collectively, "EPA" or "the Agency") file this status report pursuant to the Court's October 18, 2023, order granting EPA's Unopposed Motion for Abeyance. Dkt. No. 010110938322. This Court directed EPA to file a status report regarding the status of reconsideration proceedings every 60 days. *Id.*

EPA states as follows:

_____

[1] Administrator Zeldin is substituted for former Administrator Michael S. Regan pursuant to Federal Rule of Appellate Procedure 43(c)(2).

1.      In this case, Colorado seeks review of an Environmental Protection Agency ("EPA") final action promulgated at 88 Fed. Reg. 29,827 (May 9, 2023) ("Final Rule"), which acted on parts of the State's submitted plan relating to addressing ozone pollution for the Denver air quality region, which is not in attainment with national ambient air quality standards. Specifically, Colorado challenges EPA's limited disapproval of specific provisions in Colorado's state implementation plan ("SIP") regarding reporting requirements.

2.      In addition to filing this petition, Colorado requested that EPA reconsider its decision to issue the limited disapproval, and that EPA administratively stay the limited disapproval pending reconsideration. EPA has granted the reconsideration petition and initiated a separate rulemaking to stay the limited disapproval portion of the Final Rule. *See* 88 Fed. Reg. 68,532 (Oct. 4, 2023).

3.      Because EPA granted Colorado's petition, EPA moved unopposed to abate this matter pending reconsideration. The Court granted this request. Dkt. No. 010110938322.

4.      The public comment period on the rulemaking to stay the limited disapproval portion of the final rule closed on November 3, 2023. 88 Fed. Reg. 68,532. After reviewing the comments, EPA has decided not to finalize the stay rulemaking.

5.      EPA has been evaluating its rulemaking options after granting Colorado's petition for reconsideration concerning the limited disapproval.  EPA and Colorado have met to evaluate the issues raised in the petition for reconsideration.  As a result, Colorado made a new submission on May 3, 2024 to address the deficiencies identified in the limited disapproval.  *See* Dkt. No. 010111066106.

6.      On August 6, 2024, EPA published in the Federal Register an Interim Final Determination to Stay and Defer Sanctions in the Denver Metro/North Front Range 2008 Ozone Nonattainment Area ("Interim Final Decision") and a Proposed Rule approving and conditionally approving the provisions in Colorado's SIP that are the subject of this petition for review.  89 Fed. Reg. 63818 (Aug. 6, 2024) (Interim Final Decision); 89 Fed. Reg. 63852 (Aug. 6, 2024) ("Proposed Rule").

7.      The Interim Final Decision and Proposed Rule were subject to a thirty-day public comment period that ended on September 5, 2024.  EPA received four comments, including one from Intervenor-Respondent Center for Biological Diversity.  *See* https://www.regulations.gov/docket/EPA-R08-OAR-2024-0225/comments.

8.      EPA continues to review the comments and consider its options with respect to the final rulemaking.  As the Court is aware, there was also a change in administration on January 20, 2025.  New EPA leadership is being briefed on the

Final Rule underlying this case, as well as the Interim Final Decision and Proposed Rule.

9.    Because the litigation may potentially be avoided or narrowed, EPA believes that the abeyance should continue during this administrative process.

March 4, 2025

Respectfully submitted,

LISA LYNNE RUSSELL
Deputy Assistant Attorney General

*Of Counsel:*

*/s/ Lucy E. Brown*

MICHAEL BOYDSTON
Office of Regional Counsel
United States Environmental Protection
Agency, Region 8

LUCY E. BROWN
U.S. Department of Justice
Environment and Natural Resources
Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 598-1868
lucy.e.brown@usdoj.gov

*Counsel for Respondents*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document using the

Electronic Case Filing ("ECF") system of this Court.  The ECF system will send a

"Notice of Electronic Filing" to the attorneys of record.

*/s/ Lucy E. Brown*
Lucy E. Brown
Attorney for Respondents U.S. EPA and
Administrator Lee Zeldin
